WILLIAM N. CRAIG, Appellant, *v.* THE HICKOK MUSIC COMPANY, INC., Respondent.

(Argued November 27, 1929, decided January 14, 1930.)

*Elijah T. Russell* for appellant.

*Edward K. Haas* for respondent.

Judgment of the Appellate Division reversed and that of the Trial Term affirmed, with costs in this court and in the Appellate Division, on the ground that it was error for the Appellate Division to reverse the judgment upon the law alone as the evidence presented questions of fact which were properly submitted to the jury.

Concur: CARDOZO, Ch. J., POUND, KELLOGG and HUBBS, JJ. Dissenting: CRANE, LEHMAN and O'BRIEN, JJ.